# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Lopez Sustaita, | No. CV-25-04759-PHX-SMB (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. The parties filed a joint motion to dismiss this action as moot. (Doc. 9).

**IT IS THEREFORE ORDERED** the parties' Motion to Dismiss as Moot (Doc. 9) is **granted**. This action is dismissed without prejudice, and the Clerk of Court must enter judgment accordingly.

Dated this 9th day of March, 2026.

Honorable Susan M. Brnovich
United States District Judge